```
CSD 1100 [09/26/06]
Name, Address, Telephone No. & I.D. No.
```
**Philip J. Giacinti**
**525 B Street, Suite 2200**
**San Diego, CA 92101-4469**
**(619) 238-1900**
**CA 65909**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Frank M. Jodzio**

BANKRUPTCY NO. **10-11788**

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Petition
- ☐ Exhibit A to Voluntary Petition
- ☐ Exhibit C to Voluntary Petition
- ☐ Exhibit D - Individual Statement of Compliance with Credit Counseling
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities and Related Data
- ☒ Schedule A & B - Schedule of Real or Personal Property
- ☐ Schedule C - Schedule of Property Claimed Exempt
- ☒ Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☒ Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required. See instructions on reverse side.
    - ☒ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule G - Schedule of Executory Contracts & Expired Leases
- ☐ Schedule H - Schedule of Co-Debtor
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditure of Individual Debtor(s)
- ☐ Statement of Financial Affairs
- ☐ Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- ☐ Statement of Current Monthly Income (Form B22B)
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: **July 16, 2010**          Signature **/s/ Philip J. Giacinti**
                                              Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] __**Frank M. Jodzio**__ and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: **July 16, 2010**      **/s/ Frank M. Jodzio**
                               Debtor                                   Joint Debtor

**CSD 1100 (Page 2)** [09/26/06]

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
    1. Before each entry, specify the purpose of the amendment by inserting:
        a. "ADDED," if the information was missing from the previous document filed; or
        b. "CORRECTED," if the information modifies previously listed information; or
        c. "DELETED," if previously listed information is to be removed.
    2. At the bottom of each page, insert the word "AMENDED."
    3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

---

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **July 16, 2010**, I served a true copy of the within AMENDMENT by [describe here mode of service]

    **U.S. Mail**

on the following persons [set forth name and address of each person served] and as checked below:

☐ Chpt. 7 Trustee:

**See attached service list.**

| ☒ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   **July 16, 2010**          **/s/ Christine A. Waltman**
               (Date)                          **Philip J. Giacinti**
                                                    **Procopio, Cory, Hargreaves & Savitch LLP**
                                                      **525 B Street, Suite 2200**
                                                      **San Diego, CA 92101-4469**
                                                      Address

**CSD 1100**

Andrews
1042 24th Street, No. B
San Diego, CA 92102

Bank of America
P.O. Box 15026
Wilmington, DE 19350-5025

Carlos Sanchez
915 25th Street, No. 3
San Diego, CA 92102

Carlos Sanchez/McCoy
915 25th Street, No. 3
San Diego, CA 92102

Chase
P.O. Box 78148
Phoenix, AZ 85062-8148

Chase Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014

Citi Mortgage, Inc.
P.O. Box 6006
The Lakes, NV 88901-6006

Coyle
5001 Kensington Road
San Diego, CA 92116

Diamond E Marketing
5102 Canterbury Drive
San Diego, CA 92116

Diaz
915 25th Street, No. 4
San Diego, CA 92102

Durham
2476 A Street, No. 3
San Diego, CA 92102

EMC Mortgage
P.O. Box 660753
Dallas, TX 75266-0753

Erbes
5102 Canterbury Drive
San Diego, CA 92116

Evans
1040 24th Street
San Diego, CA 92102

Filip
2476 A Street, No. 2
San Diego, CA 92102

Gateway Marketing
2700 Adams Avenue
Ste. 101
San Diego, CA 92116

Gateway Marketing
2070 Friars Road
Ste. 201
San Diego, CA 92108

Goldthorpe
2476 A Street, No. 1
San Diego, CA 92101

Home Bank
P.O. Box 90528
San Diego, CA 92109

Home Depot Credit
P.O. Box 182676
Columbus, OH 43218-2676

Jewish Family Service
2700 Adams Avenue
Ste. 102
San Diego, CA 92116

Jewish Family Service
2710 Adams Avenue
San Diego, CA 92116

Jewish Family Services
2710 Adams Avenue
San Diego, CA 92116

Jones
915 25th Street, No. 1
San Diego, CA 92102

Jones & Associates Consultants
7050 Friars Road
Stes. 202, 203
San Diego, CA 92108

Kretzschmar
1744 Sixth Avenue
San Diego, CA 92101

Lagler
2861 C Street
San Diego, CA 92102

Mathelopolis
1042 24th Street, No. A
San Diego, CA 92102

Matheopoulos
1042 24th Street, No. A
San Diego, CA 92102

McCoy
915 25th Street, No. 3
San Diego, CA 92102

Naranjo
2476 A Street, No. 4
San Diego, CA 92102

Ofelia Avelar
926 27th Street
San Diego, CA 92102

Piatt
930 27th Street
San Diego, CA 92102

Pilsl
1744 Sixth Avenue
San Diego, CA 92101

Piotr Wrobel/Extreme Porcelain
7050 Friars Road, Ste. 101
San Diego, CA 92108

Platt
930 27th Street
San Diego, CA 92102

Ponce - Garcia
924 27th Street
San Diego, CA 92102

Russo
1744 Sixth Avenue
San Diego, CA 92101

San Diego County Credit Union
P.O. Box 269040
San Diego, CA 92196-9040

Sanchez
932 27th Street
San Diego, CA 92102

Smithyman
2476 A Street, No. 1
San Diego, CA 92101

Southwest Marketing & Financia
7050 Friars Road
Ste. 205
San Diego, CA 92108

Toltec Graphics
2700 Adams Avenue
Ste. 202
San Diego, CA 92116

Tula Media
2700 Adams Avenue
Ste. 202
San Diego, CA 92116

USAA Credit Card
10750 McDermott Fwy
San Antonio, TX 78288-0570

Victoria Jodzio
1744 Sixth Avenue
San Diego, CA 92101

Vrbancic
1744 Sixth Avenue
San Diego, CA 92101

Zimmerman
1044 24th Street
San Diego, CA 92102

Ja Vonne M. Phillips, Esq.
Gregory J. Babcock, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

James C. Kostas
Huffman & Kostas
1441 State Street
San Diego, CA  92101