B6A (Official Form 6A) (12/07)

In re  Frank M. Jodzio                                    ,  Case No.  __10-11788__
                           Debtor

## SCHEDULE A - REAL PROPERTY          AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| | | 1. | | |

                                                                Sub-Total >              (Total of this page)

1. All properties are scheduled based upon record title.
   Actual equitable ownership interests between the debtor and non debtor spouse may be
__1__ continuation sheets attached to the Schedule of Real Property   other than joint tenancy.

B6D (Official Form 6D) (12/07)

In re  Frank M. Jodzio  ,  Case No. __10-11788__
                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS — AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community  1. H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 3014581163 Chase P.O. Box 78148 Phoenix, AZ 85062-8148 | | J | 2005 First Mortgage 924-926 29th Street San Diego, CA 92102 Value $ 400,000.00 | | | | 408,210.79 | 8,210.79 |
| Account No. 3014577294 Chase P.O. Box 78148 Phoenix, AZ 85062-8148 | | J | 2005 First Mortgage 930-932 27th Street San Diego, CA 92102 Value $ 200,000.00 | | | | 393,526.00 | 193,526.00 |
| Account No. 3014046365 Chase P.O. Box 78148 Phoenix, AZ 85062-8148 | | J | 1998 First Mortgage 1040-44 24th Street San Diego, CA 92102 Value $ 600,000.00 | | | | 348,662.20 | 0.00 |
| Account No. 3061833665 Chase P.O. Box 78148 Phoenix, AZ 85062-8148 | | J | 2003 First Mortgage 5001 Kensington Drive San Diego, CA 92116 Value $ 675,000.00 | | | | 328,764.42 | 0.00 |
| __2__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,479,163.41 | 201,736.79 |

1. All properties are scheduled based upon record title. Actual equitable ownership interests between the debtor and the non-debtor spouse may be other than joint tenancy.

B6D (Official Form 6D) (12/07) - Cont.

In re  Frank M. Jodzio                                    Case No.   10-11788
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS  AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community 1.<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 07707899402<br><br>Citi Mortgage, Inc.<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | | J | 2005<br><br>First Mortgage<br><br>1650 8th Avenue<br>San Diego, CA 92101<br><br>Value $ 600,000.00 | | | | 339,160.89 | 0.00 |
| Account No. 07710123048<br><br>Citi Mortgage, Inc.<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | | J | 1977<br><br>First Mortgage<br><br>2476 A Street<br>San Diego, CA 92102<br><br>Value $ 700,000.00 | | | | 249,299.28 | 0.00 |
| Account No. 07707405051<br><br>Citi Mortgage, Inc.<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | | J | 1978<br><br>First Mortgage<br><br>2859-2861 C Street<br>San Diego, CA 92101<br><br>Value $ 500,000.00 | | | | 197,158.36 | 0.00 |
| Account No. 20021299209<br><br>Citi Mortgage, Inc.<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | | J | 1976<br><br>First Mortgage<br><br>5102 Canterbury Drive<br>San Diego, CA 92116<br><br>Value $ 600,000.00 | | | | 301,549.91 | 0.00 |
| Account No. 0001130921<br><br>EMC Mortgage<br>P.O. Box 660753<br>Dallas, TX 75266-0753 | | J | 1993<br><br>First Mortgage<br><br>5182 Hastings Road<br>San Diego, CA 92116<br><br>Value $ 700,000.00 | | | | 165,970.00 | 0.00 |

Sheet 1 of 2 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  1,253,138.44   0.00

1. All properties are scheduled based upon record title. Actual equitable ownership interests between the debtor and the non-debtor spouse may be other than joint tenancy.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   Frank M. Jodzio                                    ,   Case No.  10-11788
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS   AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 0184286809 Home Bank P.O. Box 90528 San Diego, CA 92109 | | J | 2009 First Mortgage 915 25th Street San Diego, CA 92102 Value $ 400,000.00 | | | | 198,546.74 | 0.00 |
| Account No. 0131255007 Home Bank P.O. Box 90528 San Diego, CA 92109 | | J | 1987 First Mortgage 1744 6th Avenue San Diego, CA 92102 Value $ 600,000.00 | | | | 271,717.51 | 0.00 |
| Account No. 0152254909 Home Bank P.O. Box 90528 San Diego, CA 92109 | | J | 2005 First Mortgage 7050 Friars Road San Diego, CA 92108 Value $ 2,350,000.00 | | | | 994,268.84 | 0.00 |
| Account No. 269648220 San Diego County Credit Union P.O. Box 269040 San Diego, CA 92196-9040 | | J | 2005 First Mortgage 2700 Adams Avenue San Diego, CA 92116 Value $ 2,400,000.00 | | | | 1,471,847.93 | 0.00 |
| Account No. San Diego County Credit Union P.O. Box 269040 San Diego, CA 92196-9040 | | J | 2006 Credit line 5182 Hastings Road San Diego, CA 92116 Value $ 700,000.00 | | | | 100,000.00 | 0.00 |
| Sheet 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 3,036,381.02 | 0.00 |
| | | | Total (Report on Summary of Schedules) | | | | 5,768,682.87 | 201,736.79 |

1. All properties are scheduled based upon record title. Actual equitable ownership interests between the debtor and the non-debtor spouse may be other than joint tenancy.