# DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY

I, **Dan Schlesinger**, declare:

1. I am over 18 years of age and employed as **Document Coordinator** for Bayview Loan Servicing, LLC as attorney in fact for M&T Bank. In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). I have access to and am familiar with the business records of M&T Bank regarding the Loan. The facts stated in this declaration are based upon information that I obtained by reviewing records maintained in the ordinary course of M&T Bank's business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described. If called to testify in this matter, I would testify under oath as to the following:

2. M&T Bank receives compensation for its servicing of the loan under the terms of a written servicing agreement with Bayview Loan Servicing, LLC and has been responsible for the handling of all matters relative to the underlying loan prior to the filing of the within motion, including but not limited to processing of all payments received, crediting of received payments, adding all proper charges to the loan, confirming the maintenance of hazard insurance and property taxes, property preservation where appropriate, communicating with and responding to the borrower on all matters relative to the loan, and the commencement of non-judicial foreclosure proceedings when appropriate. All activities on the loan advanced by M&T Bank were advanced in accordance with the terms of the Note and Deed of Trust.

3. Bayview Loan Servicing, LLC as attorney in fact for M&T Bank is the holder of the Note, executed by Frank M. Jodzio and dated 11/06/2007 in the original principal amount of $417,000.00 (the "Note"). *See* **Exhibit "E"**. M&T Bank records reflect that Bayview Loan Servicing, LLC is in possession of the Note by and through its custodian at Wells Fargo Corporate Trust Services, 751 Kasota Ave, Minneapolis, MN 55414. The Note is endorsed and payable in blank.

4. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 924-926 27th Street, San Diego, CA 92102 and legally described as set forth in **Exhibit "A"**.

5. Copies of the Note and Deed of Trust that are attached as **Exhibits "E"** and **"B"** respectively are true and correct copies of said documents contained in M&T Bank's business records.

6. A true and correct copy of the Assignment transferring the Deed of Trust to Bayview Loan Servicing, LLC is attached hereto as **Exhibit "C"**.

7. Washington Mutual Bank, FA is now JP Morgan Chase Bank, National Association as set forth in a Merger Document attached hereto as **Exhibit "D"**.

8. The Debtor filed this subject bankruptcy petition on 07/02/2010.

9. The current value of the Debtor's subject Property is $400,000.00, based upon the Debtor's own value as set forth in Schedule D. **See Exhibit "F"**.

10. In the present case, the Debtor has little or no equity in the Property, as evidenced by the approximate market value compared to the total liens against the Property.

| | | |
|---|---|---|
| Value | $ | 400,000.00 |
| Total Liens to Movant | $ | 432,003.99 |
| Less 8% Cost of Sale | $ | 32,000.00 |
| Equity | $ | (64,003.99) |

11. Pursuant to the terms of the Note and/or Deed of Trust, a payment received is applied to the account and credited to the next due payment. For example, a payment received in December will be applied to the November payment if no payment had been received in November.

12. With respect to the Deed of Trust, the following is now due good through 08/31/2016:

| | |
|---|---|
| Unpaid Principal Balance: | $ 344,442.45 |
| Accrued Interest as of 08/31/2016: | $ 87,809.12 |
| **PREPETITION DELINQUENCIES:** | |
| Monthly Payments: 50 at $2,200.53 | $ 110,026.50 |
| (07/12 through 08/16) | |
| Late Charges: | $ 220.06 |
| Suspense Charges: | $ (1,493.64) |
| Total Pre-Petition Delinquencies: | $ 108,752.92 |
| **POSTPETITION DELINQUENCIES:** | |
| Bankruptcy Attorney Fee: | $ 850.00 |
| Bankruptcy Filing Fee: | $ 176.00 |
| Total Delinquencies: | $ 1,026.00 |

13. The next scheduled monthly payment of $2,200.53 is due 09/01/2016 and continuing each month thereafter. However, this amount may be subject to change pursuant to the terms of the applicable loan documents. Late charges are due on the 16th day of each month if payment is not received by the 15th of the month.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 9/30/16, at Fort Lauderdale (city), Florida (state).

M_DECLARATION_SHEET

_____
Signature

**Dan Schlesinger**
Print Name

**Document Coordinator**

3  File No. CA-10-31715, Case No. 10-11788-LA11
Declaration in Support of Motion for Relief From Stay