CSD 1160 [03/01/15]

Name, Address, Telephone No. & I.D. No.

Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam P. Thursby, Esq. (SBN 318465)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re Frank M. Jodzio<br><br>Debtor. | BANKRUPTCY NO. **10-11788-LA11** |
| US Bank Trust, N.A., as Trustee of Bungalow<br>Series F Trust, its successors and/or assignees<br><br>Moving Party. | RS NO. **KAZ-2** |
| Frank M. Jodzio, Debtor;<br><br>Respondent(s) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ **REAL PROPERTY**    ☐ **PERSONAL PROPERTY**

    Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1.    A Petition under Chapter    ☐ 7   ☒ 11   ☐ 12   ☐ 13   was filed on <u>7/2/2010</u>.

2.    Procedural Status:
    a.    ☐   Name of Trustee Appointed (if any): _____

    b.    ☐   Name of Attorney of Record for Trustee (if any): _____

    c.    ☐   (Optional) Prior Filing Information:
              Debtor has previously filed a Bankruptcy Petition on: _____ .
              If applicable, the prior case was dismissed on: _____ .

    d    ☐   (If Chapter 13 case):  Chapter 13 Plan was confirmed on _____
              or a confirmation hearing is set for _____                              .

    Movant alleges the following in support of its Motion:

1.    ☒   The following real property is the subject of this Motion:
    a.         Street address of the property including county and state:
               2476 A Street, San Diego, CA 92102, San Diego County, CA

    b.         Type of real property (e.g., single family residence, apartment building, commercial, industrial,
               condominium, unimproved):
               Single family residence

    c.         Legal description of property is attached as Exhibit A.

CSD 1160

      d.       If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a) as Exhibit B.

      e.       *Fair market value of property as set forth in the Debtor's schedules: $ _____

      f.       *Nature of Debtor's interest in the property:

2.      ☐ The following personal property is the subject of this Motion *(describe property)*:

      a.       Fair market value of property as set forth in the Debtor's schedules: $ <u>700,000.00</u> .

      b.       Nature of Debtor's interest in the property:

3.      *Fair market value of property according to Movant: $ _____ .

4.      *Nature of Movant's interest in the property:

5.      *Status of Movant's loan:
      a.       Balance owing on date of Order for Relief:        $ 287,678.01
      b.       Amount of monthly payment:        $ 2,965.19
      c.       Date of last payment:        2/21/2014
      d.       If real property,
            i.      Date of default:
            ii.      Notice of Default recorded on:
            iii.      Notice of Sale published on:
            iv.      Foreclosure sale currently scheduled for:
      e.       If personal property,
            i.      Pre-petition default:   $ _____       No. of months: _____
            ii.      Post-petition default: $ _____       No. of months: _____

6.      *(If Chapter 13 Case, state the following:)*
      a.       Date of post-petition default:
      b.       Amount of post-petition default:        $

7.      Encumbrances:
      a.       Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: | 213,499.41 | 21,520.70 | 7 | 174,946.21 | 59 |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 213,499.41 | $ 21,520.70 | | $ 174,946.21 | |

      b.       Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
             ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).

8.      Relief from the automatic stay should be granted because:

     a.      ☒     Movant's interest in the property described above is not adequately protected.

     b.      ☐     Debtor has no equity in the    ☐  real property    ☐  personal property described above and this property is not necessary to an effective reorganization.

     c.      ☐     The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

           i.     the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

           ii.    the Debtor/Trustee has

                (1)     ☐    not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

                (2)     ☐    commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

     d.      ☒     *Other cause exists as follows *(specify)*:   ☐  See attached page.
                Under 11 U.S.C. Section 362(d)(1) a failure to make payments is cause for relief. Debtor has not tendered 59 payments.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

Movant attaches the following:

1.      ☒     Other relevant evidence:
           Declaration required by Local Bankruptcy Rules 4001-2(a)(4)

2.      ☐     *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

     WHEREFORE, Movant prays that this Court issue an Order granting the following:

     ☒     Relief as requested.

     ☒     Other:
           That the fourteen-day stay described in Bankruptcy Rule 4001(a)(3) be waived.

Dated:  10/10/2018

                                       /s/ Kristin A. Zilberstein
                                       [Attorney for] Movant

# EXHIBIT "A"

**9169**

All that certain real property situated in the County of San Diego, State of California, described as follows:

Lot 43, 44 and 45 in Block 1 of H.H. Higgins Addition to the City of San Diego, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 309, filed in the Office of the County Recorder of San Diego County, November 29, 1872.

# EXHIBIT "B"


**BSI Financial Services**

| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 8/1/2010 | $2,787.73 | $163.68 | $2,951.41 | POC |
| 3/1/2012 | $2,784.73 | $180.46 | $2,965.19 | NOPC |
| | | | | |
| | | | | |
| | | | | |

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | Jodzio |
| BK Case # | 10-11788 |
| Date Filed | 7/2/2010 |
| First Post Petition | |
| Due Date | ? |
| POC Covers | 01/01/10 - 07/01/10 |

Acct is delinquent; however according to plan review at the time of confirmation all delinquency to be added to UPB

Pmt effective date not listed; will track contractually

Will apply pmts @ the nopc amt

Mod completed effective 08/01/11

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2011 | $14,742.05 | | 8/1/2011 | $2,951.41 | $11,790.64 | $11,790.64 | | $11,790.64 | | | $0.00 | $0.00 | |
| 3/31/2011 | | | 9/1/2011 | $2,951.41 | -$2,951.41 | | $2,951.41 | $8,839.23 | | | $0.00 | $0.00 | |
| 3/31/2011 | | | 10/1/2011 | $2,951.41 | -$2,951.41 | | $2,951.41 | $5,887.82 | | | $0.00 | $0.00 | |
| 3/31/2011 | | | 11/1/2011 | $2,951.41 | -$2,951.41 | | $2,951.41 | $2,936.41 | | | $0.00 | $0.00 | |
| 7/16/2011 | $2,948.41 | | 12/1/2011 | $2,951.41 | -$3.00 | | $3.00 | $2,933.41 | | | $0.00 | $0.00 | |
| 8/16/2011 | $2,948.41 | | 1/1/2012 | $2,951.41 | -$3.00 | | $3.00 | $2,930.41 | | | $0.00 | $0.00 | |
| 9/16/2011 | $2,948.41 | | 2/1/2012 | $2,951.41 | -$3.00 | | $3.00 | $2,927.41 | | | $0.00 | $0.00 | |
| 10/18/2011 | $2,948.41 | | 3/1/2012 | $2,951.41 | -$3.00 | | $3.00 | $2,924.41 | | | $0.00 | $0.00 | |
| 11/17/2011 | $2,948.41 | | 4/1/2012 | $2,951.41 | -$3.00 | | $3.00 | $2,921.41 | | | $0.00 | $0.00 | |
| 12/22/2011 | $2,948.41 | | 5/1/2012 | $2,951.41 | -$3.00 | | $3.00 | $2,918.41 | | | $0.00 | $0.00 | |
| 1/19/2012 | $2,948.41 | | 6/1/2012 | $2,951.41 | -$3.00 | | $3.00 | $2,915.41 | | | $0.00 | $0.00 | |
| 2/20/2012 | $2,948.41 | | 7/1/2012 | $2,951.41 | -$3.00 | | $3.00 | $2,912.41 | | | $0.00 | $0.00 | |
| 3/20/2012 | $2,965.19 | | 8/1/2012 | $2,951.41 | $13.78 | $13.78 | | $2,926.19 | | | $0.00 | $0.00 | |
| 4/30/2012 | $2,965.19 | | 9/1/2012 | $2,951.41 | $13.78 | $13.78 | | $2,939.97 | | | $0.00 | $0.00 | |
| 5/24/2012 | $2,965.19 | | 10/1/2012 | $2,951.41 | $13.78 | $13.78 | | $2,953.75 | | | $0.00 | $0.00 | |
| 6/21/2012 | $2,965.19 | | 11/1/2012 | $2,951.41 | $13.78 | $13.78 | | $2,967.53 | | | $0.00 | $0.00 | |
| 7/27/2012 | $2,965.19 | | 12/1/2012 | $2,951.41 | $13.78 | $13.78 | | $2,981.31 | | | $0.00 | $0.00 | |
| 8/20/2012 | $2,965.19 | | 1/1/2013 | $2,951.41 | $13.78 | $13.78 | | $2,995.09 | | | $0.00 | $0.00 | |
| 9/18/2012 | $2,965.19 | | 2/1/2013 | $2,951.41 | $13.78 | $13.78 | | $3,008.87 | | | $0.00 | $0.00 | |
| 10/17/2012 | $2,965.19 | | 3/1/2013 | $2,951.41 | $13.78 | $13.78 | | $3,022.65 | | | $0.00 | $0.00 | |
| 11/15/2012 | $2,965.19 | | 4/1/2013 | $2,951.41 | $13.78 | $13.78 | | $3,036.43 | | | $0.00 | $0.00 | |
| 12/15/2012 | $2,965.19 | | 5/1/2013 | $2,951.41 | $13.78 | $13.78 | | $3,050.21 | | | $0.00 | $0.00 | |
| 3/7/2013 | $2,965.19 | | 6/1/2013 | $2,951.41 | $13.78 | $13.78 | | $3,063.99 | | | $0.00 | $0.00 | |
| 12/20/2013 | $6,061.78 | | 7/1/2013 | $2,951.41 | $3,110.37 | $3,110.37 | | $6,174.36 | | | $0.00 | $0.00 | |
| 1/14/2014 | $2,965.19 | | 8/1/2013 | $2,951.41 | $13.78 | $13.78 | | $6,188.14 | | | $0.00 | $0.00 | |
| 2/21/2014 | $2,965.19 | | 9/1/2013 | $2,951.41 | $13.78 | $13.78 | | $6,201.92 | | | $0.00 | $0.00 | |
| 2/21/2014 | | | 10/1/2013 | $2,965.19 | -$2,965.19 | | $2,965.19 | $3,236.73 | | | $0.00 | $0.00 | |
| 2/21/2014 | | | 11/1/2013 | $2,965.19 | -$2,965.19 | | $2,965.19 | $271.54 | | | $0.00 | $0.00 | |
| | | | | | | | | $0.00 | | | $0.00 | $0.00 | |
| | | | | | | | | $0.00 | | | $0.00 | $0.00 | |
| Past Due | | | 12/1/2013 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 1/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 2/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 3/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 4/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 5/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 6/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 7/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 8/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 9/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 10/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 11/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 12/1/2014 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 1/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 2/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 3/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 4/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 5/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 6/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 7/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 8/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 9/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 10/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |
| | | | 11/1/2015 | $2,965.19 | -$2,965.19 | | | $271.54 | | | $0.00 | $0.00 | |

| | | | Date | Amount | Balance | | Payment | | | Fee 1 | Fee 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12/1/2015 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 1/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 2/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 3/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 4/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 5/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 6/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 7/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 8/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 9/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 10/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 11/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 12/1/2016 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 1/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 2/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 3/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 4/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 5/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 6/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 7/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 8/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 9/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 10/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 11/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 12/1/2017 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 1/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 2/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 3/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 4/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 5/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 6/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 7/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 8/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 9/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | 10/1/2018 | $2,965.19 | -$2,965.19 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $271.54 | | | $0.00 | $0.00 | |